JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL ALERT AUTHORITY, an unidentified business entity; LIFESTATION, INC., a New York corporation; STANLEY OPPENHEIM, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  CV 12-06833 PA (AGRx) <br><br> [Assigned to the Honorable Percy Anderson] <br><br> **ORDER DISMISSING CLAIMS AGAINST MEDICAL ALERT AUTHORITY WITH PREJUDICE** <br><br> **Complaint Filed: 8/8/12** |

[PROPOSED] ORDER DISMISSING CLAIMS AGAINST MEDICAL ALERT
AUTHORITY WITH PREJUDICE

## **ORDER**

The Court, having considered the Stipulation of Plaintiff Life Alert Emergency Response, Inc. ("Plaintiff") and Defendant Medical Alert Authority, a d/b/a for FM Marketing, Inc., a New York corporation ("Defendant"), and for good cause shown, it is HEREBY ORDERED that:

The above-captioned action, including all claims, is dismissed in its entirety with prejudice as to Defendant, pursuant to Fed. Rule Civ. P. 41(a).

Each party shall bear its own costs and attorney fees and there is deemed to be no prevailing party.

**IT IS SO ORDERED:**

DATED: October 31, 2012

_____
The Hon. Percy Anderson
United States District Court Judge

Presented by:

KRANE & SMITH

By:_____
    Ralph C. Loeb
    *Attorneys for Plaintiff*
    LIFE ALERT EMERGENCY
    RESPONSE, INC.

[PROPOSED] ORDER DISMISSING CLAIMS AGAINST MEDICAL ALERT
AUTHORITY WITH PREJUDICE